IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROOF DOCTORS, LLC A/A/O ANNA MORRIS          Case No.: _____

           Plaintiff(s),          State Case No.: 19002359CA

v.

METROPOLITAN CASUALTY
INSURANCE COMPANY,

           Defendant.
_____/

## PETITION FOR REMOVAL

**TO:** The Honorable Judges of the United States District Court
for the Northern District of Florida

Defendant, METROPOLITAN CASUALTY INSURANCE COMPANY, (hereinafter "Metropolitan"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby Petitions for Removal of the above-styled action from the Circuit Court of the Fourteenth Judicial Circuit, in and for Bay County, Florida, to the United States District Court for the Northern District of Florida, Panama City Division, and in support of removal states as follows:

### INTRODUCTION

1. Plaintiff commenced a civil breach of contract action against Metropolitan (erroneously sued as Metropolitan Property and Casualty Insurance Company) in the Circuit Court of the Fourteenth Judicial Circuit, in and for Bay County, Florida, styled *Roof Doctors, LLC a/a/o Anna Morris v. Metropolitan Property & Casualty Insurance Company*, Case No. 19002359CA. (*See* Plaintiff's Complaint, attached hereto as **Exhibit "1"**).

2. The Summons and Complaint in this case were served on Defendant's registered agent on July 10, 2019. (*See* Notice of Service of Process, attached hereto as **Exhibit "2"**).

3. This matter arises from a claim for alleged Hurricane Michael claim at the property located at 129 N Lakewood Drive, Panama City, Florida 32404 (the "Subject Residence"). (*See* Exh. 1, ¶¶ 6 and 8).

4. Plaintiff alleges Metropolitan provided coverage for the Subject Residence through policy number H 6345804441-1. (*See* Exh. 1, ¶ 6).

5. Plaintiff further alleges Metropolitan breached its Policy due to "Defendant's refusal to reimburse Plaintiff adequately for contracted services provided, and otherwise makes Plaintiff whole . . ." (*See* Exh. 1, ¶ 16).

6. This Court has jurisdiction over this removed action pursuant to 28 U.S.C. § 1441. This breach of contract action could have been filed originally in this Court pursuant to 28 U.S.C. § 1332, because it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. *See* 28. U.S.C. § 1332.

7. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 7.2(A), copies of all process, pleadings, orders and other papers or exhibits filed in the state court are attached as **Exhibit "3."**

## DIVERSITY OF CITIZENSHIP EXISTS

8. Plaintiff, Roof Doctors, LLC, is now and was at the time of the filing of the Petition a Florida Limited Liability Corporation with its principal place of business in Jensen Beach, FL. (*See* Exh.1, ¶ 2; and 2019 Florida Limited Liability Company Annual Report attached hereto as **Exhibit "4"**).

9. Furthermore, as reflected by Roof Doctor's Annual Report, the only Managing Member/Manager of Roof Doctors is Calvin Lars Christensen. (**Exh. 4**).

10. According to the public records search performed by the undersigned, Mr. Christensen is now and was at the time of the filing of the Petition, domiciled in Florida. Upon information and belief: Mr. Christensen is a Certified General Contractor with the State of Florida and has held that license since 2008; the only state in which he holds an active professional license is in Florida; he has a judgment in Martin County, FL; his criminal filings list addresses in Florida; he is employed by Roof Doctors, LLC and the phone number associated with him has a Daytona Beach, FL area code, as such, Roof Doctors and its sole managing member are domiciled in Florida and are diverse from Metropolitan. (A sampling of the public records results are attached hereto as composite **Exhibit "5"**).

11. Metropolitan is now and was at the time of the filing of the Petition a Rhode Island corporation with its principal place of business in Warwick, Rhode Island. Thus, Metropolitan is a citizen of Rhode Island. (*See* **Exhibit "6,"** Declarations pages 1-3 of the subject policy; see also 28 U.S.C. § 1332(c)(1)).

## THE AMOUNT IN CONTROVERSY REQUIREMENT IS MET

12. Plaintiff's Complaint seeks damages "in excess of fifteen thousand dollars ($15,000.00)." (*See* Exh. 1, ¶1).

13. Also, the damage estimate attached as Exhibit A to the Complaint alleges the cost to repair the Subject Property is $145,747.28 ("Roof Doctor Estimate"), which exceeds the $75,000.00 jurisdictional limits of this Court. (**Exh. 1**, pg 10; *see also* 28 U.S.C. § 1446(b)).

14. Given the aforementioned, Metropolitan asserts that the amount in controversy in this matter clearly exceeds the jurisdictional minimum, exclusive of interest and costs. *See Logsdon v. Duron, Inc.,* Case No.: 3:05-cv-243-J-16HTS, 2005 WL 1163095, at *2 (M.D. Fla. May 17, 2005) (holding that a removing defendant need only show that the amount in controversy will "more likely than not" be satisfied when a plaintiff does not claim a specific amount of damages).

## REMOVAL IS OTHERWISE PROPER

15. As the amount in controversy was established with the service of the Complaint on July 10, 2019, removal is timely pursuant to 28 U.S.C. § 1446.

16. Venue exists in the Northern District of Florida, Panama City Division, because the Circuit Court of Bay County is located within this District and Division.

17. Written notice of the filing of the Petition for Removal will be promptly served on Plaintiff's counsel, and a copy will be promptly filed with the Clerk of the Circuit Court in and for Bay County, Florida, pursuant to 28 U.S.C. § 1446(d). (A true and correct copy of Defendant's Notice to the State Court of Removal is attached hereto as **Exhibit "7"**).

**WHEREFORE**, METROPOLITAN CASUALTY INSURANCE COMPANY, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully requests that the above-styled action be removed from the Circuit Court of Bay County, Florida to the United States District Court for the Northern District of Florida, Panama City Division.

WHITTLE LAW, P.A.

_/s/ Shirley W. Whittle_
Shirley W. Whittle, Esquire
Fla. Bar No. 611751
9350 Bay Plaza Blvd., Suite 120-16
Tampa, FL 33619
Telephone No.: (813) 278-1100
Fax No.: (813) 699-9951
Primary E-Mail: swhittle@whittlelaw.org
Secondary E-Mail: efiling@whittlelaw.org
Attorneys for Defendant, Metropolitan Casualty Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via e-mail to: **Ana Cristina Rossi, Esq., and Scott Millard, Esq., Cohen Law Group, 350 North Lake Destiny Road Maitland, Florida 32751,** arossi@itsaboutjustice.law, on this 8th day of August, 2019.

_/s/ Shirley W. Whittle_
Shirley W. Whittle, Esquire