UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROOF DOCTORS, LLC**, a/a/o Anna Morris,

    **Plaintiff**,

v.          Case No. 5:19cv264-TKW-MJF

**METROPOLITAN CASUALTY INSURANCE COMPANY**,

    **Defendant**.

_____/

## ORDER

Based on the joint stipulation for order of dismissal with prejudice (Doc. 21), it is **ORDERED** that this case is **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Clerk shall close the file.

**DONE and ORDERED** this 5th day of February, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**